```
 1  ANNE C. BELES (Cal. Bar No. 200276)
    ROBERT J. BELES (Cal. Bar No. 41993)
 2      One Kaiser Plaza, Suite 2300
        Oakland, California 94612-3642
 3      Telephone: (510) 836-0100
        Facsimile: (510) 832-3690
 4      E-mail:    beleslaw@yahoo.com

 5  Attorneys for Defendant
    RUSSELL PATRICK PFIESTER
 6

 7
                       United States District Court
 8
                       Northern District of California
 9

10  UNITED STATES OF AMERICA,   )  CR No. 4:13-CR-00304-YGR
                                )
11            Plaintiff,        )  STIPULATION AND [PROPOSED] ORDER
                                )  CONTINUING STATUS CONFERENCE
12            v.                )
                                )
13  RUSSELL PATRICK PFIESTER,   )
                                )
14            Defendant.        )
    _____)
15

16       Defendant RUSSELL PATRICK PFIESTER, by and through his counsel

17  undersigned and the United States of America, through Assistant

18  United States Attorney ANDREW SUIAN HUANG, hereby stipulate and

19  respectfully request that the Court vacate the Status Conference

20  hearing in the above captioned case, currently set for Thursday, July

21  11, 2013 at 02:00 p.m., and reset it for the specially set criminal

22  calendar on Thursday, August 22, 2013, at 09:30 a.m.

23       Counsel  for  the  defendant  has  previously  inquired  about

24  scheduling an appointment to review the forensic discovery produced

25  by the government in this matter, but the forensic laboratory is

26  unable to accommodate that request until Thursday, July 11, 2013.

27  Defense counsel, therefore, requires additional time to review said

28  discovery in order to assess the stance of the case and to further
```

investigate the charges filed by the Government.

The parties further stipulate and agree that the time between Thursday, July 11, 2013 and Thursday, August 22, 2013, should be excluded from computation of the time for commencement of trial under the Speedy Trial Act.

The parties stipulate that the ends of justice are served by the Court excluding such time as to allow defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161 (h) (7) (B) (iv).

For these reasons, the defendant, defense counsel, and the government stipulate and agree that the interests of justice served by vacating the Status Conference hearing currently set for Thursday, July 11, 2013 at 02:00 p.m. and resetting it for Thursday, August 22, 2013, at 09:30 a.m. outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h) (7) (B) (iv); 18 U.S.C. § 3161 (h) (7) (B) (ii).

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: June 25, 2013  /s/ ACB  
ANNE C. BELES,  
Attorney for *RUSSELL PFIESTER*

DATED: June 25, 2013  /s/ RJB  
ROBERT J. BELES,  
Attorney for *RUSSELL PFIESTER*

DATED: June 25, 2013  /s/ ASH  
ANDREW SUIAN HUANG,  
Assistant U.S. Attorney

MELINDA HAAG  
United States Attorney

//

**IT IS SO ORDERED.**

DATED: July 1, 2013

_____
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE